Shirley J. BLEDSOE, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2011–3054.

United States Court of Appeals,
Federal Circuit.

Feb. 4, 2011.

Shirley J. Bledsoe, Country Club Hills, IL, pro se.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Shirley J. BLEDSOE, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2011–3054.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2011.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

The court's February 4, 2011, 460 Fed. Appx. 913, 2011 WL 7447314, dismissal order is vacated, the mandate recalled, and the petition for review is reinstated.

**Taylor RUSSELL, on behalf of himself
and all others similarly situated,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–1230.

United States Court of Appeals,
Federal Circuit.

March 29, 2011.